**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **JOHN F. DUNCAN, II** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 18-4016-CV-C-SRB-P** |
| | ) | |
| **JERRY WOLFE, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO WITHDRAW

Having reviewed documents in the above-titled cause, and having found Plaintiff's claims to be at least plausible, but lacking sufficient merit to warrant contingency representation, especially in light of the fee limitations of the Prison Litigation Reform Act, D. Adam Leatherwood of The Leatherwood Firm, L.L.C. moves this Court to rescind its appointment of him as counsel for Plaintiff John F. Duncan, II.


Respectfully Submitted,

THE LEATHERWOOD FIRM, L.L.C.

By: s/D. Adam Leatherwood

_____
D. Adam Leatherwood, MO #58280
P.O. Box 482235
Kansas City, Mo. 64148-2235
Phone:      (816) 377-2055
Fax:         (816) 337-3811
Email:      aleatherwood@gmail.com

ATTORNEY FOR PLAINTIFF